THOMAS F. SPEIER, Appellant, v. JAMES WEEGAR et al., Respondents.— Judgment affirmed, with costs. All concur. (The judgment dismisses the complaint in a negligence action.) Present — Taylor, P. J., Larkin, Love, Vaughan and Kimball, JJ.

SYRACUSE HOUSING AUTHORITY, Respondent, v. MARY COLGIOVANNI, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied. Present — Taylor, P. J., McCurn, Larkin and Love, JJ. [See 273 App. Div. 801.]

ST. STANISLAUS CHURCH SOCIETY, Respondent-Appellant, v. COUNTY OF ERIE et al., Appellants-Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1049.]

ISADORE BLUMBERG, Appellant, v. YORKSHIRE INSURANCE Co., LTD., et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1051.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH WHITCOMB, Appellant, and WILLIAM J. GREENE, Intervener, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 610.]

WILLIAM S. LEHON, an Infant, by HAROLD J. LEHON, His Guardian ad Litem, Respondent-Appellant, v. CHARLES F. DENNISTON et al., Appellants; HARRY P. EGELING, Respondent, et al., Defendants.— Motions for reargument denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1051.]

HAROLD J. LEHON, Respondent-Appellant, v. CHARLES F. DENNISTON et al., Appellants; HARRY P. EGELING, Respondent, et al., Defendants.— Motions for reargument denied, with $10 costs to appellants Denniston against plaintiff. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1051.]

WILLIAM D. SEARIGHT, Respondent, v. CHICAGO PNEUMATIC TOOL COMPANY, Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1055.]

FRANCES KREBS, Plaintiff, v. JOHN O. KREBS, Defendant. CHARLES E. HART, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1054.]

EMIEL MARTENS et al., Doing Business as EMIEL MARTENS & SON Co., Respondents, v. GENERAL FOODS CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Taylor, P. J., McCurn, Love, Vaughan and Kimball, JJ. [See 273 App. Div. 1058.]